NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1186

MARCO ANTONIO GALLO-RODRIGUEZ,

Plaintiff-Appellant,

v.

SUPREME COURT OF THE UNITED STATES,
UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT,
UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT,
UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA,
and UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS,

Defendants-Appellees.

Appeal from the United States District Court for the District of Columbia in
case no. 08-CV-1890, Judge Richard W. Roberts.

ORDER

The court considers whether Marco Antonio Gallo-Rodriguez's appeal should be transferred to the United States Court of Appeals for the District of Columbia Circuit.

Gallo-Rodriguez appeals from a decision of the United States District Court for the District of Columbia dismissing Gallo-Rodriguez's complaint for lack of subject matter jurisdiction. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon a review of the papers submitted, it does not appear that this court has jurisdiction over the appeal. Thus, the appeal should be transmitted to the regional circuit, i.e., the District of Columbia Circuit.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

_____FEB 2 5 2010_____
Date

/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:   Marco Antonio Gallo-Rodriguez
      Jeanne E. Davidson, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2010

JAN HORBALY
CLERK

2010-1186                                    2